UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re Cincinnati Policing | Civil Action No. C-1:99-cv-3170 |
| | Judge Susan J. Dlott |
| | Judge Michael R. Merz |
| | ORDER |

The parties have moved to alter or amend the marginal entry granting the joint motion to modify the Collaborative Agreement (Doc. 259). The Court hereby grants the motion as follows:

The following terms of the Collaborative Agreement shall remain in force until August 5, 2008: paragraphs 1-29(Value Statement, Introduction, Purpose, Problem Solving); 30-46 (Mutual Accountability, Evaluation)(as modified by the ongoing agreement with the RAND Corporation http://www.rand.org/pubs/technical_reports/TR445/); 50-54 (Fair and Equitable Treatment, Bias Free Policing); 90-114 (Monitoring and Dispute Resolution); 117- 132 (Miscellaneous, Notices; Amended Partnering Plan (1/9/03). During this period no new items unrelated to the original terms of the Collaborative Agreement will become subject to court supervision. Further, court supervision solely over these terms shall continue through August 5, 2008.

SO ORDERED

*Susan J. Dlott*
Susan J. Dlott
United States District Judge