# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **In re Cincinnati Policing** | : | Case no. 1:99-cv-3170 |
| | : | |
| | : | **Judge Dlott** |
| | : | **Chief Magistrate Judge** |
| | : | **Merz** |
| | : | |
| | : | **STATUS REPORT OF** |
| | : | **PLAINTIFFS** |
| | : | |

Plaintiffs hereby provide a status report regarding the activity that will be pursued within the Cincinnati African American Community regarding the Collaborative Agreement ("Collaborative") after the Court Supervision ends.

1. **Communication Plan.** The Andrus Family Fund and Better Together Funders have provided a grant to the Urban League that will ensure honest communication with and engagement of the broader community, particularly the African American Community. The goal is to provide information on the reforms that have been achieved; honestly acknowledge the problems that community members continue to experience (including those identified by Rand); and dialogue with the community and encourage use of the Collaborative structures that are in place to address any problems. The plan will

also provide ongoing education to the community regarding the Citizen Complaint Authority ("CCA") in order to promote the CCA to address police complaints.  The Plan was developed with input from the Fraternal Order of the Police, the City of Cincinnati and the Friends of the Collaborative.  Iris Roley will be at the status conference and will be available to answer questions on this initiative.

2. **Problem Solving.**  Plaintiffs are encouraged by the progress made on problem solving in the extension year.  Plaintiffs hope to participate in a working group that will consult with the City Manager to encourage ongoing implementation of the reforms.

3. **Dialogue with parties.**  Plaintiffs will remain in dialogue to promote the reforms.

Respectfully Submitted,

| | |
|---|---|
| s/ Scott T. Greenwood | s/ Alphonse A. Gerhardstein |
| Scott T. Greenwood (0042558) | Alphonse A. Gerhardstein (0032053) |
| Trial Attorney for Plaintiffs | Trial Attorney for Plaintiffs |
| 1 Liberty House | Gerhardstein & Branch, LPA |
| P.O. Box 54400 | 617 Vine Street, Suite 1409 |
| Cincinnati, OH  45254 | Cincinnati, OH  45202 |
| (513) 943-2400 | (513) 621-9100 |
| (513) 943-4800 fax | (513) 345-5543 fax |
| law@scottgreenwood.com | agerhardstein@gbfirm.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2008, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically.

s/ Alphonse A. Gerhardstein<br>
Class Counsel for Plaintiffs