IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re Cincinnati Policing

Case Number: 1:99cv3170

MINUTES: FINAL HEARING

Statement of Counsel

Al Gerhardstein for Plaintiff

Don Hardin for FOP

Peter Stackpole for the City of Cincinnati

Steve Sunderland, Margaret Fox with MARCC, and Carolyn Wilson President of the Sentinels also spoke at the Final Hearing

Saul Green requested that the Court accept and approve the Collaborative Agreement Plan and than an order terminating the Monitor's responsibilities be entered.

Court ordered in open Court that the Monitor's request and motion is GRANTED. The Monitor shall remain as the Monitor until 10/15/08 or whenever the Monitor's final report is done, at which time the Court will officially close the case.

| | |
|---|---|
| Judge: | Susan J. Dlott and Michael R. Merz |
| Courtroom Deputy: | William Miller |
| Court Reporter: | Julie Wolfer, Official |
| Date: | August 26, 2008 |