IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
|  | : |  |
|  | : | Case No. C-1-99-3170 |
|  | : |  |
| In re Cincinnati Policing | : | District Judge Susan J. Dlott |
|  | : |  |
|  | : | ORDER AUTHORIZING |
|  | : | PAYMENT OF MONITOR |

Pursuant to the Agreed Order Appointing Monitor (doc. #101) and the Escrow Agreement (doc. #103), and having received an invoice issued by the Monitor on October 8, 2008, the Court hereby authorizes the Monitor to withdraw, and USBank N.A. to pay, $62,155.33 from the escrow account for the fourth quarter of 2008.

IT IS SO ORDERED.


       ___s/Susan J. Dlott___
       Susan J. Dlott
       United States District Judge

Docket Deputy:

For the purposes of faxing this order, the file can be found at:

J:\Lawclerks\99-3170\Stang\monitor pay fourth quarter 2008.wpd